**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
POST OFFICE BOX 129
MACON, GEORGIA 31202-0065

CHAMBERS OF
C. ASHLEY ROYAL
CHIEF JUDGE

AREA CODE 478
TEL: 752-3445
FAX: 752-3446

# DISCOVERY ORDER MEMORANDUM

TO: All Counsel and Pro Se Parties

FROM: Chief Judge C. Ashley Royal

DATE: December 4, 2013

RE: William Giddings, et al. vs. Stephen Mark McDaniel
Case No: 5:13-cv-216(CAR)

As described in the Rules 16/26 Order, it is now time for the attorneys and pro se parties to submit a report on the status of discovery.

To prepare the report you must first discuss with all counsel and any pro se parties, either in person or by telephone, any discovery issues. The report should include the status of any paper discovery and if there are any remaining issues related to interrogatories, requests for production, and request for admissions. You must further state the number of depositions taken and how many depositions remain to be taken and identify the party taking the depositions and the dates of those depositions. You must also report on the status of any expert discovery issues.

This report must be filed with the Court within ten (10) days of the date of this order. The attorneys and any pro se parties must cooperate in the preparation of the report. The report may be filed jointly or severally. If any attorney or pro se party believes that it would be appropriate to have a telephone conference with the Court to discuss any discovery issues, please state that in the report or contact Lee Anne Purvis, Courtroom Deputy (478-752-0739), to schedule a telephone conference to discuss such matters.

Failure to comply with this reporting requirement could result in the dismissal of your pleadings.